**FILED**

NOV 22 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

1  PHILLIP A. TALBERT
   United States Attorney
2  OWEN ROTH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7



SEALED

8           IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 In the Matter of the Search of:            CASE NO. 2:16-SW-0732 KJN

12 Information associated with                [PROPOSED] ORDER COMMANDING GOOGLE
   jamaineb01@gmail.com" that is stored at    NOT TO NOTIFY ANY PERSON OF THE
13 premises controlled by Google Inc.         EXISTENCE OF WARRANT

14
                                              **UNDER SEAL**
15

16

17       The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that

18 the Court issue an Order commanding Google, an electronic communication service provider and/or a

19 remote computing service, not to notify any person (including the subscribers and customers of the

20 account(s) listed in the warrant) of the existence of the attached warrant for 180 days, subject to further

21 extensions by the Court.

22       The Court determines that there is reason to believe that notification of the existence of the

23 attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving

24 targets an opportunity to flee, destroy or tamper with evidence, and change patterns of behavior.

25 See 18 U.S.C. § 2705(b).

26       IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the

27 existence of the attached warrant or this Order of the Court for 180 days to the listed subscriber or to any

28 other person, unless and until otherwise authorized to do so by the Court, except that Google may

[PROPOSED] ORDER

disclose the attached warrant to an attorney for Google for the purpose of receiving legal advice. This order may be further extended by the Court.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.

Dated: Nov. 21, 2016

The Honorable Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER

2